Axel Nelson, appellant, v. William Bohlin, appellee.   Gen. No. 7,824.

Modified opinion filed October 2, 1928. Rehearing denied October 2, 1928.

Hall & Dusher, for appellants.   North, Linscott, Gibboney & North, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

Hugh W. Hughes, defendant in error, v. Walter M. Pratt, et al., plaintiffs in error.   Gen. No. 7,910.

Opinion filed October 15, 1928.

Clyde Smith, for plaintiffs in error.   W. C. De Wolf, for defendant in error.

Mr. Presiding Justice Jones delivered the opinion of the court.

Nathan H. Weiss, appellee, v. Nathan Solomon, appellant.   Gen. No. 7,917.

Opinion filed October 15, 1928.

Barnett, Wilson & Tichenor, for appellant.   Shelton F. McGrath, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

Robert Peacock, appellee, v. The Fox Valley Coach Line, appellant. Gen. No. 7,893.

Opinion filed October 15, 1928.

McCarthy & McCarthy, for appellant; Theodore N. Schnell, of counsel.   No appearance for appellee.

Mr. Justice Jett delivered the opinion of the court.

S. C. Collins, defendant in error, v. Chicago, Burlington & Quincy Railroad Company, plaintiff in error.   Gen. No. 7,909.

Opinion filed October 15, 1928.   Rehearing denied and opinion modified February 6, 1929.

J. A. Connell and Jack, Irwin & Jack, for plaintiff in error.   Shelton F. McGrath and Arthur B. Copeland, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.